# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULJI PATEL, | ) NO. CV 09-3338 R (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| WARDEN, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 18, 2009.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE